AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Uber Santizo-Zacarias a/k/a David Santizo a/k/a Donia Mendez a/k/a Donai Roman Mendez-Juarez a/k/a Donai Roman-Mendez a/k/a Cristian Juarez-Perez | ) ) ) ) ) | Case No. 25-mj-17020 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 8, 2025__ in the county of __Salem__ in the
_____ District of __New Jersey__, the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 8 USC 1326 (a) | Illegal Reentry |
| | See Attachment A. |

This criminal complaint is based on these facts:
See Attachment B.

☑ Continued on the attached sheet.

_Ellen Chao_
Complainant's signature

Ellen Chao, Deportation Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means)*.

Date: 3/18/25

_Sharon A. King_
Judge's signature

City and state: Camden, New Jersey

Hon. Sharon A. King, USMJ
Printed name and title

**CONTENTS APPROVED**

**UNITED STATES ATTORNEY**

By: *Joseph McFarlane*
JOSEPH MCFARLANE
Assistant U.S. Attorney

Date: March 18, 2025

## Attachment A

On or about March 8, 2025, at Salem County, in the District of New Jersey, the defendant,

> UBER SANTIZO-ZACARIAS,
> a/k/a "David Santizo"
> a/k/a "Donia Mendez,"
> a/k/a "Donia Roman Mendez-Juarez,"
> a/k/a "Donia Roman-Mendez," and
> a/k/a "Cristian Juarez-Perez",

an alien, who had been previously excluded and deported and had departed from the United States, did knowingly and unlawfully enter and was found in the United States without the express consent of the Secretary of the Department of Homeland Security or Attorney General of the United States to reapply for admission prior to his reembarkation at a place outside the United States.

In violation of Title 8, United States Code, Sections 1326(a).

## Attachment B

I, Ellen Chao, a Deportation Officer of U.S. Immigration and Customs Enforcement ("ICE"), having conducted an investigation and having spoken with other individuals, have knowledge of the following facts:

1. Defendant UBER SANTIZO-ZACARIAS, a/k/a "David Santizo" a/k/a "Donia Mendez," a/k/a "Donia Roman Mendez-Juarez," a/k/a "Donia Roman-Mendez," and a/k/a "Cristian Juarez-Perez" is a native and citizen of Mexico.

2. On or about January 4, 2010, defendant SANTIZO-ZACARIAS was apprehended in Sells, Arizona after entering the United States without being inspected or admitted by an immigration official at a designated port of entry. Defendant SANTIZO-ZACARIAS was ordered removed and was removed from the United States via Nogales, Arizona on January 5, 2010.

3. On or about January 19, 2010, defendant SANTIZO-ZACARIAS was apprehended in Tucson, Arizona after re-entering the United States without being inspected or admitted by an immigration official at a designated port of entry. An immigration official entered an order of removal and Defendant SANTIZO-ZACARIAS was removed from the United Staes via Nogales, Arizona on January 19, 2010.

4. On or about March 29, 2010, defendant SANTIZO-ZACARIAS was encountered at the Naples Jail Center, in Naples, Florida by an immigration official. Immigration officials lodged a detainer on the defendant and reinstated his prior order of removal. On April 7, 2010, defendant SANTIZO-ZACARIAS was removed from the United States to Mexico.

5. On or about September 25, 2018, defendant SANTIZO-ZACARIAS was encountered in New Jersey and an immigration official determined that defendant was subject to removal from the United States through reinstatement of the prior removal order. On October 31, 2018, defendant SANTIZO-ZACARIAS was removed from the United States to Mexico.

6. On March 8, 2025, defendant SANTIZO-ZACARIAS was encountered by immigration officials in Pittsgrove, New Jersey.

7. Defendant SANTIZO-ZACARIAS has never obtained the express consent of the Attorney General or the Secretary of Homeland Security to enter the United States.

*[signature: Ellen Chao]*

Ellen Chao
Deportation Officer, ICE

Pursuant to Fed. R. Crim. P. 4.1, Deportation Officer Chao was sworn and attested to the contents of this affidavit in support of the complaint and arrest warrant for Defendant Uber Santizo-Zacarias.

*[signature: Shawn A. King]*
HON. SHARON A. KING
United States Magistrate Judge

Date: March 18, 2025